ORIGINAL FILED

08 FEB 27 PM 1: 13

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

**DYKEMA GOSSETT LLP**
JOHN L. VIOLA, SBN: 131407
jviola@dykema.com
JOEL D. COVELMAN, SBN: 97500
jcovelman@dykema.com
333 South Grand Avenue
Suite 2100
Los Angeles, California 90071
Telephone:  (213) 457-1800
Facsimile:   (213) 457-1850
Attorneys for Defendant
NATIONWIDE LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

DONALD SAXBY, an individual, and
BARBARA SAXBY, an individual,

      Plaintiffs,

      vs.

NATIONWIDE LIFE INSURANCE
COMPANY, dba NATIONWIDE
HEALTH PLANS,  and DOES 1 through
50, inclusive,

      Defendants.

Case No. CV 08 1165

**NOTICE OF INTERESTED PARTIES**

[Pursuant to Local Rule 3-16]

JL

    TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

    Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: February 26, 2008

JOHN L. VIOLA
JOEL D. COVELMAN
DYKEMA GOSSETT LLP

By: _____
John L. Viola
Joel D. Covelman
Attorneys for Defendant
Nationwide Life Insurance Company

PAS01\67497.1
JDJLV

NOTICE OF INTERESTED PARTIES

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071

COPY

FAXED