**DYKEMA GOSSETT LLP**
JOHN L. VIOLA, SBN: 131407
jviola@dykema.com
JOEL D. COVELMAN, SBN: 97500
jcovelman@dykema.com
333 South Grand Avenue
Suite 2100
Los Angeles, California 90071
Telephone:  (213) 457-1800
Facsimile:  (213) 457-1850
Attorneys for Defendant
NATIONWIDE LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD SAXBY, an individual, and BARBARA SAXBY, an individual,<br><br>        Plaintiffs,<br><br>    vs.<br><br>NATIONWIDE LIFE INSURANCE COMPANY, dba NATIONWIDE HEALTH PLANS,  and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.   CV08-1165 JL<br><br>**CERTIFICATE OF SERVICE RE:**<br><br>1. **NOTICE TO ADVERSE PARTY OF FILING REMOVAL OF CIVIL ACTION TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b) (DIVERSITY);**<br><br>2. **U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT;**<br><br>3. **WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO;**<br><br>4. **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;**<br><br>5. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; and**<br><br>6. **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT** |

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071

*Saxby, et al. vs. Nationwide Life Insurance Co., et al.*

## CERTIFICATE OF SERVICE BY MAIL

U.S.D.C. CASE NO.:  CV08-1165 JL

Marin County Superior Court Case No.:  CV070858

I am over the age of 18 and not a party to the within action.  I am employed in the County of Los Angeles, State of California by Dykema Gossett LLP.  My business address is 333 South Grand Avenue, Suite 2100, Los Angeles, California 90071-3048.

On March 5, 2008, I served the following entitled documents:

1. **NOTICE TO ADVERSE PARTY OF FILING REMOVAL OF CIVIL ACTION TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b) (DIVERSITY);**

2. **U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT;**

3. **WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO;**

4. **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;**

5. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; and**

6. **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

by placing true and correct copies thereof in sealed envelopes addressed as follows:

| | |
|---|---|
| William M. Shernoff, Esq.<br>Evangeline Fisher-Grossman, Esq.<br>Joel Cohen, Esq.<br>**SHERNOFF BIDART & DARRAS**<br>600 S. Indian Hill Boulevard<br>Claremont, California 91171<br>Telephone:  909.621.4935<br>Facsimile:  909.625.6915<br>*Attorneys for Plaintiff* | James C. Krieg<br>KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP<br>114 Sansome Street, 4th Floor<br>San Francisco, CA  94104<br>Telephone:  415.249.8330<br>Facsimile:  415.249.8333<br>*Attorneys for Defendant Linda DeBolt* |

I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service.  On this day, I placed for collection and processing the above document to be deposited

-i-

1    with the United States Postal Service in the ordinary course of business. And in the

2    ordinary course of the firm's business, such correspondence is deposited with the

3    United States Postal Service the same day that it is collected.

4        I declare under penalty of perjury under the laws of the United States of

5    America that the foregoing is true and correct.

6        Executed on March 5, 2008, at Los Angeles, California.

7

8        _____
         Tonya M. Langley

9    PAS01\67510.1
     ID\JLV

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE BY MAIL