1  **DYKEMA GOSSETT LLP**
   JOHN L. VIOLA, SBN: 131407
2  jviola@dykema.com
   JOEL D. COVELMAN, SBN: 97500
3  jcovelman@dykema.com
   333 South Grand Avenue
4  Suite 2100
   Los Angeles, California 90071
5  Telephone:  (213) 457-1800
   Facsimile:   (213) 457-1850
6  Attorneys for Defendant
   NATIONWIDE LIFE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD SAXBY, an individual, and BARBARA SAXBY, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONWIDE LIFE INSURANCE COMPANY, dba NATIONWIDE HEALTH PLANS, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  CV08-1165 JL<br><br>**CERTIFICATE OF SERVICE RE:**<br><br>1. **NOTICE TO ADVERSE PARTY OF FILING REMOVAL OF CIVIL ACTION TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b) (DIVERSITY);**<br><br>2. **U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT;**<br><br>3. **WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO;**<br><br>4. **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;**<br><br>5. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; and**<br><br>6. **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT** |

CERTIFICATE OF SERVICE

*Saxby, et al. vs. Nationwide Life Insurance Co., et al.*

## CERTIFICATE OF SERVICE BY MAIL

U.S.D.C. CASE NO.: CV08-1165 JL

Marin County Superior Court Case No.: CV070858

I am over the age of 18 and not a party to the within action. I am employed in the County of Los Angeles, State of California by Dykema Gossett LLP. My business address is 333 South Grand Avenue, Suite 2100, Los Angeles, California 90071-3048.

On March 5, 2008, I served the following entitled documents:

1. **NOTICE TO ADVERSE PARTY OF FILING REMOVAL OF CIVIL ACTION TO FEDERAL COURT UNDER 28 U.S.C. § 1441(b) (DIVERSITY);**
2. **U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT;**
3. **WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO;**
4. **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;**
5. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; and**
6. **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

by placing true and correct copies thereof in sealed envelopes addressed as follows:

| | |
|---|---|
| William M. Shernoff, Esq.<br>Evangeline Fisher-Grossman, Esq.<br>Joel Cohen, Esq.<br>**SHERNOFF BIDART & DARRAS**<br>600 S. Indian Hill Boulevard<br>Claremont, California 91171<br>Telephone: 909.621.4935<br>Facsimile: 909.625.6915<br>*Attorneys for Plaintiff* | James C. Krieg<br>KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP<br>114 Sansome Street, 4th Floor<br>San Francisco, CA 94104<br>Telephone: 415.249.8330<br>Facsimile: 415.249.8333<br>*Attorneys for Defendant Linda DeBolt* |

I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On this day, I placed for collection and processing the above document to be deposited

1  with the United States Postal Service in the ordinary course of business. And in the
2  ordinary course of the firm's business, such correspondence is deposited with the
3  United States Postal Service the same day that it is collected.
4      I declare under penalty of perjury under the laws of the United States of
5  America that the foregoing is true and correct.
6      Executed on March 5, 2008, at Los Angeles, California.

_____
Tonya M. Langley

PAS01\67510.1
ID\JLV