**DYKEMA GOSSETT LLP**
JOHN L. VIOLA, SBN: 131407
jviola@dykema.com
JOEL D. COVELMAN, SBN 97500
jcovelman@dykema.com
333 South Grand Avenue
Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendant
NATIONWIDE LIFE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONALD SAXBY, an individual, and BARBARA SAXBY,<br><br>   Plaintiffs,<br><br>vs.<br><br>NATIONWIDE LIFE INSURANCE COMPANY, dba NATIONWIDE HEALTH PLANS, and DOES 1 through 50, inclusive,<br><br>   Defendants. | Case No. CV08-1165 JL<br><br>STIPULATION OF DISMISSAL |

   IT IS HEREBY STIPULATED by and between the parties to the above action, by and through their attorneys of record, that the action be and hereby is

///

///

///

STIPULATION OF DISMISSAL

1  dismissed in its entirety, with prejudice, each party to bear its own attorneys' fees and
2  costs.

3  Dated: March 28, 2008                JOHN L. VIOLA
4                                        DYKEMA GOSSETT LLP

6                                        By:    /s/  John L. Viola
                                             John L. Viola
7                                            Attorneys for Defendant
                                             NATIONWIDE LIFE INSURANCE
8                                            COMPANY

10  Dated: March 31, 2008               GREGORY L. BENTLEY
                                        SHERNOFF BIDART & DARRAS LLP

12                                       By:    /s/  Gregory L. Bentley
                                             Gregory L. Bentley
13                                           Attorneys for Plaintiffs
                                             DONALD SAXBY and BARBARA
14                                           SAXBY

PAS01\69839.1
ID\JLV

2

STIPULATION OF DISMISSAL

**DYKEMA GOSSETT LLP**
JOHN L. VIOLA, SBN: 131407
jviola@dykema.com
JOEL D. COVELMAN, SBN 97500
jcovelman@dykema.com
333 South Grand Avenue
Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendant
NATIONWIDE LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD SAXBY, an individual, and BARBARA SAXBY,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONWIDE LIFE INSURANCE COMPANY, dba NATIONWIDE HEALTH PLANS, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV08-1165 JL<br><br>[PROPOSED] ORDER OF DISMISSAL |

Pursuant to the Stipulation of the parties to the above action, by and through their attorneys of record, filed April 1, 2008,

IT IS ORDERED that the above action be and hereby is dismissed in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

Dated: _____     By:_____
                                          UNITED STATES MAGISTRATE JUDGE

PAS01\68901.1
ID\JLV

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON