**DYKEMA GOSSETT LLP**
JOHN L. VIOLA, SBN: 131407
jviola@dykema.com
JOEL D. COVELMAN, SBN: 97500
jcovelman@dykema.com
333 South Grand Avenue
Suite 2100
Los Angeles, California 90071
Telephone:  (213) 457-1800
Facsimile:  (213) 457-1850
Attorneys for Defendant
NATIONWIDE LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

DONALD SAXBY, an individual, and
BARBARA SAXBY, an individual,

        Plaintiffs,

    vs.

NATIONWIDE LIFE INSURANCE
COMPANY, dba NATIONWIDE
HEALTH PLANS,  and DOES 1 through
50, inclusive,

        Defendants.

Case No.  CV08-1165 JL

**CERTIFICATE OF SERVICE RE:**

**1. STIPULATION OF DISMISSAL;
and**

**2. [PROPOSED] ORDER OF
DISMISSAL**

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071

CERTIFICATE OF SERVICE

*Saxby, et al. vs. Nationwide Life Insurance Co., et al.*

## CERTIFICATE OF SERVICE BY MAIL

U.S.D.C. CASE NO.:  CV08-1165 JL

I am over the age of 18 and not a party to the within action.  I am employed in the County of Los Angeles, State of California by Dykema Gossett LLP.  My business address is 333 South Grand Avenue, Suite 2100, Los Angeles, California 90071-3048.

On April 1, 2008, I served the following entitled documents:

**1. STIPULATION OF DISMISSAL; and**

**2. [PROPOSED] ORDER OF DISMISSAL**

by placing true and correct copies thereof in sealed envelopes addressed as follows:

| | |
|---|---|
| William M. Shernoff, Esq.<br>Evangeline Fisher-Grossman, Esq.<br>Joel Cohen, Esq.<br>**SHERNOFF BIDART & DARRAS**<br>600 S. Indian Hill Boulevard<br>Claremont, California 91171<br>Telephone:  909.621.4935<br>Facsimile:  909.625.6915<br>*Attorneys for Plaintiff* | James C. Krieg<br>KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP<br>114 Sansome Street, 4th Floor<br>San Francisco, CA  94104<br>Telephone:  415.249.8330<br>Facsimile:  415.249.8333<br>*Attorneys for Defendant Linda DeBolt* |

I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service.  On this day, I placed for collection and processing the above document to be deposited with the United States Postal Service in the ordinary course of business.  And in the ordinary course of the firm's business, such correspondence is deposited with the United States Postal Service the same day that it is collected.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 1, 2008, at Los Angeles, California.

Tonya M. Langley

PAS01\67510.1
ID\JLV

CERTIFICATE OF SERVICE BY MAIL