**DYKEMA GOSSETT LLP**
JOHN L. VIOLA, SBN: 131407
jviola@dykema.com
JOEL D. COVELMAN, SBN 97500
jcovelman@dykema.com
333 South Grand Avenue
Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendant
NATIONWIDE LIFE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD SAXBY, an individual, and BARBARA SAXBY, <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONWIDE LIFE INSURANCE COMPANY, dba NATIONWIDE HEALTH PLANS, and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. CV08-1165 JL <br><br> [PROPOSED] ORDER OF DISMISSAL |

Pursuant to the Stipulation of the parties to the above action, by and through their attorneys of record, filed April 1, 2008,

IT IS ORDERED that the above action be and hereby is dismissed in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

Dated: ___April 2, 2008_____        By: _____
                                                UNITED STATES MAGISTRATE
                                                JUDGE

PAS01\68901.1
ID\JLV

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071